# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **SHARON ANN CATALON** | **CASE NO. 6:20-CV-00304** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GULF COAST BANCSHARES INC** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT OF DISMISSAL WITH PREJUDICE

Considering the foregoing Joint Motion to Dismiss Plaintiff's Suit with Prejudice [doc.14], the court finds that the motion should be **GRANTED**. Accordingly,

**IT IS HEREBY ORDERED** that the claims by and against all parties in this matter be **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that the jury trial set for November 15, 2021, the pre-trial conference set for October 27, 2021, and all associated deadlines and hearings be **TERMINATED**.

**THUS DONE AND SIGNED** in Chambers on this 21st day of January, 2021.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**